**E-FILED on** 11/13/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL E. ESPINOZA,<br><br>            Plaintiff,<br><br>    v.<br><br>OLDCASTLE GLASS FREMONT,<br><br>            Defendant. | No. C-06-03597 RMW<br><br><br>JUDGMENT |

On November 10, 2008 the court signed its order dismissing this case because there was no federal claim pending.  Therefore,

Judgment is hereby entered in favor of defendants, and plaintiff is not entitled to any relief by way of his complaint.

DATED:     11/10/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-06-03597 RMW
TSF

1 | **Notice of this document has been sent to:**

2 | **Counsel for Plaintiff:**

3 | Nooshin Dalili          dalili.esq@sbcglobal.net

4 | **Counsel for Defendant:**

5 | Jason Paul Halpern      jphlaw@linkline.com

6 | Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8 | **Dated:**  11/13/2008                                TSF
                                                          **Chambers of Judge Whyte**